UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JAMES E. WASHINGTON,

    Plaintiff,

vs.

DAYTON AREA BOARD OF
REALTORS, *et al*.,

    Defendants.

Case No. 3:21-cv-253

District Judge Michael J. Newman
Magistrate Judge Sharon L. Ovington

---

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION (DOC. NO. 4)**

---

This *pro se* civil case is before the Court on Plaintiff's motion for a preliminary injunction. Doc. No. 3. Magistrate Judge Ovington is currently conducting an initial review of this complaint under 28 U.S.C. § 1915. Because this initial review is still pending, the Court finds it premature to rule on Plaintiff's request for a preliminary injunction and/or temporary restraining order. *See, e.g., Good v. Ohio Dep't of Rehab & Corr.*, No. 1:15cv190, 2015 WL 2452444, at *4 (S.D. Ohio May 21, 2015) (adopting report and recommendation that preliminary injunction be denied because *pro se* complaint was frivolous under Section 1915). Pending initial review, counsel in this case shall refrain from response until Magistrate Judge Ovington conducts her initial review. Thus, the Court **DENIES WITHOUT PREJUDICE**, at this time, Plaintiff's motion.

    **IT IS SO ORDERED.**

    October 25, 2021                     /s Michael J. Newman
                                                         Hon. Michael J. Newman
                                                         United States District Judge