

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
WESTERN DIVISION AT DAYTON

JAMES E WASHINGTON,
    Plaintiff,

Case No. 3:21-cv-00253
District Judge Micheal J Newman
Magistrate Judge Sharon L Ovington

Vs,

DAYTON REALTORS, INC
et al.,

    Defendants.

---

Evidence and Factual proof of Defendants ongoing **"Conspiracy"**

---

Plaintiff attempted to gain access and show the following properties to clients. These properties were not listed as "pending" or "Sold" on the Dabr.com MLS listing platform on 11/16/2021. Showing Time listed these properties as available.

Plaintiff called the Listing Realtor Agent for each property listed below and was told the property was pending and/or **Under Contract**:

1. 448 Allwen Dr 45406
2. 661 Circle Dr 45417
3. 2037 Kensington Dr 45406
4. 2405 Ulrich Ave
5. 3920 Yellowstone 45416
6. 345 Point View Ave
7. 243 Kenwood Av 45405
8. 2017 Mayfair 45405
9. 430 Winters St 45417

10. 552 Huron Av 45417
11. 144 Parkwood Av 45405

Page 2

The above referenced properties were listed on the MLS as for sale. Plaintiff was directed to Listing Agents by Show Time when attempting To get Lock Box combo's to show these properties.
Realtors told Plaintiff that these properties were either pending or Sold.

Plaintiff has paid or been fined on a daily basis to date over $3000.00 For Realtor generated fines of this nature or other Realtors MLS Generated Complaints.

If in "FACT" if the above reference properties were **pending or sold**, They should have been listed as Sold or Pending on the MLS site And at Showtime.

_____
Plaintiff Pro Se


Certification

Plaintiff, will continue his fact finding and to that extent, Begs the Court for permission to report on findings for similar showings On this date of filing before reporting this date of findings to the Court with a copy to defendants if defendant posture continues.

_____